UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                        CASE NO.:  13-11598-BKC-RAM
                                                                              Chapter 7
**FELIX RUANO**
SSN: XXX-XX-0838
**MIRTA BARBARA RUANO**
SSN: XXX-XX-3745
_____Debtors._____/

**TRUSTEE'S MOTION TO APPROVE STIPULATION FOR
COMPROMISE AND SETTLEMENT REGARDING VALUATION
AND REPURCHASE OF DEBTORS' NON-EXEMPT ASSETS**

**Any interested party who fails to file and serve a written response to this Motion within 21 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this Motion.  Any scheduled hearing may then be canceled.**

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Felix Ruano and Mirta Barbara Ruano (the "Trustee"), pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9013-1(D), files her Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtors' Non-Exempt Assets (the "Motion"), and in support thereof, states as follows:

**I.     Background**

1. This case commenced with the filing of a voluntary Chapter 7 Petition on January 24, 2013.  Marcia T. Dunn is the duly appointed Chapter 7 Trustee.

2. The Trustee has evaluated the Debtors' property valuations and claimed exemptions and determined that the resolution agreed upon with the Debtors is in the best interests of the Estate.  The details of the analysis and agreement are set forth in the Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtors' Non-Exempt Assets, attached hereto as Exhibit "A."

3. The Stipulation provides for the repurchase of Debtors' non-exempt assets (the "Settlement").

4. Pursuant to the terms of the Stipulation, the Debtors have agreed to pay, and the Trustee has agreed to accept the Settlement Amount, as defined in the Stipulation, for the repurchase of the Debtors' non-exempt property and resolution of the other matters set forth in the Stipulation.

5. The Stipulation contains additional terms and conditions, including, but not limited to, default provisions.

## II.     Legal Standard for Settlement

6. Bankruptcy Rule 9019(a) provides: "On motion . . . and after a hearing on notice to creditors, the debtor . . . and to such other entities as the court may designate, the court may approve a compromise or settlement."[1]

7. As this Court has previously found, "approval of a settlement in a bankruptcy proceeding is within the sound discretion of the Court, and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion." *In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988) (Cristol, J.) (citing *Rivercity v. Herpel* (*In re Jackson Brewing Co.*), 624 F.2d 599, 602-03 (5th Cir. 1980); *Anaconda-Ericsson, Inc. v. Hessen (In re Teltronics Servs., Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985); *In re Prudence Co.*, 98 F.2d 559 (2d Cir. 1938), cert. denied sub nom. *Stein v. McGrath*, 306 U.S. 636 (1939)).

8. The test is whether the proposed settlement "falls below the 'lowest point in the range of reasonableness.'" *Arrow Air*, 85 Bankr. 891 (quoting *Teltronics Servs.*, 762 F.2d 189; *Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2d Cir.), cert. denied, 464 U.S. 822 (1983)).

---

[1] Rule 9013-1(D) of the Local Bankruptcy Rules for the Bankruptcy Court for Southern District of Florida permits, inter alia, relief without a hearing for motions to approve settlement.

9. According to the United States Eleventh Circuit Court of Appeals, when a bankruptcy court decides whether to approve or disapprove a proposed settlement, it must consider:

    (a) the probability of success in the litigation;

    (b) the difficulties, if any, to be encountered in the matter of collection;

    (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and

    (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II. Ltd.)*, 898 F.2d 1544 (11th Cir. 1990). *See Jackson Brewing*, 624 F.2d 602, quoted in *Arrow Air*, 85 B.R. 891.

10. The Trustee believes that the proposed settlement meets the standards set forth in *In re Justice Oaks II*, and therefore, recommends approval of the settlement because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the Estate because full settlement precludes any risks associated with litigation and collection in this matter, increases the dividend available to creditors, and allows for a distribution of sums and proceeds within a reasonable time.

11. Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as Exhibit "B."

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Felix Ruano and Mirta Barbara Ruano, respectfully requests this Honorable Court enter an Order (1) granting the instant Motion; (2) approving the Stipulation; and (3) granting such other and further relief as this Court deems just and proper.

CASE NO.: 13-11598-BKC-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on April 23, 2013, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

        Respectfully submitted,

        /s/ Joel L. Tabas
        Joel L. Tabas
        Florida Bar No. 516902
        Tabas, Freedman, Soloff, Brown & Rigali, P.A.
        Attorneys for the Chapter 7 Trustee
        14 Northeast First Avenue - Penthouse
        Miami, Florida 33132
        Telephone: (305) 375-8171
        Telefax: (305) 381-7708
        JTabas@tabasfreedman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.: 13-11598-BKC-RAM
                                                          Chapter 7
FELIX RUANO
SSN: XXX-XX-0838
MIRTA BARBARA RUANO
SSN: XXX-XX-3745
_____Debtors._____/

### STIPULATION FOR COMPROMISE AND SETTLEMENT REGARDING VALUATION AND REPURCHASE OF DEBTORS' NON-EXEMPT ASSETS

Marcia T. Dunn, as Chapter 7 Trustee, and the Debtors, Felix Ruano and Mirta Barbara Ruano (the "Debtors"), enter into this Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtors' Non-Exempt Assets (the "Stipulation"). The Trustee and the Debtors agree upon the following terms and conditions:

1.    This case commenced with the filing of a voluntary Chapter 7 Petition on January 24, 2013. Marcia T. Dunn is the duly appointed Chapter 7 Trustee.

2.    The Schedules list certain property (collectively, the "Scheduled Property"). In addition, the Debtors may receive a Federal Income Tax Refund for the period through the Petition Date (the "Refund"). The Scheduled Property and the Refund shall be collectively referred to as the ("Property").

3.    The Debtors have claimed a portion of the Property as exempt.

4.    Based on a review of the documents provided and other salient information, the Trustee asserts that a portion of the Property may be undervalued.

5.    The Debtors dispute certain aspects of the Trustee's analysis.

### THE SETTLEMENT

6.    The Trustee and the Debtors agree to compromise the valuation and repurchase of the non-exempt interest in the Property for $16,000.00 (the "Settlement Amount"). The





EXHIBIT "A"

CASE NO.: 13-11598-BKC-RAM

Trustee has already received or collected $0.00 which is to be applied to the Settlement Amount.

7.  The Trustee and the Debtors agree that the Settlement Amount provides for the repurchase of the Debtors' interests in the following:

| ASSET DESCRIPTION | PRORATION % | SETTLED VALUE OF ASSET |
|---|---|---|
| Cash | 1.98% | $ 316.64 |
| Household Goods | 10.88% | $ 1,740.75 |
| Clothing | 1.24% | $ 197.90 |
| Jewelry | 2.23% | $ 356.22 |
| FPL Security Deposit | 4.95% | $ 791.61 |
| FL City Gas deposit | 0.49% | $ 79.16 |
| 2007 Chevrolet Silverado 2500 HD; | 63.39% | $ 10,142.89 |
| Ridgland Mechanical Inc. | 14.84% | $ 2,374.83 |

8.  The Trustee and the Debtors agree that the Settlement Amount shall be paid in:

    a. twenty (20) consecutive monthly installments of $800.00 each month, with the first payment to be made on or before May 1, 2013, and each subsequent payment due on the same day each month thereafter until the Settlement Amount is paid in full.

    b. the Debtors shall also pay to the Trustee an additional $20.00 fee per month, representing the monthly bank fees incurred by the Estate, for the duration of the repayment term until the Settlement Amount is paid in full.

9.  Each payment shall be in the form of a money order or cashier's check, made payable to "Marcia T. Dunn, Trustee, for the Estate of Felix Ruano and Mirta Barbara Ruano, Case No.: 13-11598-BKC-RAM," and shall be delivered to Marcia T. Dunn, Trustee, at 555 N.E. 15th Street, Suite 7712, Miami, Florida 33132.

10. With regard to the repurchase of the Debtors' non-exempt interest in the vehicle(s) included in the Property, the Debtors agree to: (i) maintain full liability and property

Initials

CASE NO.: 13-11598-BKC-RAM

damage insurance on all vehicle(s) until such time as the Settlement Amount is paid in full; and (ii) name Marcia T. Dunn, Trustee as loss payee and additional insured on the insurance policy for the vehicle(s) and to provide the Trustee with a Certificate of Insurance evidencing coverage, within 10 days of execution of this stipulation. The Debtors further agree that upon the lapse of said policy, the Debtors shall immediately reinstate the insurance policy or obtain a new policy, and provide the Trustee with the reinstatement notice, or a copy of the new policy.

11. The Debtors represent and warrant that: (1) all information contained in the Debtor's Bankruptcy Petition, Schedules, SOFA, and all amendments thereto (collectively, the "Pleadings"), are true and correct, (2) the Pleadings contain no material misrepresentations or omissions, (3) all information and documentation provided to the Trustee (collectively, the "Documents"), are true and correct and (4) the Documents contain no material misrepresentations or omissions. To the extent that the Debtors have failed to disclose any assets, this Stipulation shall not affect the Estate's right to seek turnover of such assets or to avail itself of the remedies provided under the Bankruptcy Code.

12. In the event that the Debtors fail to comply with the terms of this Stipulation, or should any of the Debtors' representations and warranties contained herein be untrue, the Trustee may proceed against any and all assets of the Debtors including, but not limited to, the Property the Debtors have claimed as exempt for the remainder of the amount due and owing as set forth herein. In addition, the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorneys' fees and costs. Further, the Trustee may file a Notice of Default and submit an Order to the Court revoking the Debtors' discharge. Pursuant to the terms stated herein, and the provisions of 11 U.S.C. §727(a)(10), the Debtors agree to waive any procedural requirements prior to the entry of an order revoking discharge. However, the Debtors' discharge will not be revoked without a hearing.


Initial



CASE NO.: 13-11598-BKC-RAM

13. This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, supplemented or modified except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought. A waiver by a party of any breach of any provision of this stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision.

14. This Stipulation may be executed in counterparts, which, when combined, shall be deemed to constitute one original and binding document. The parties further agree that facsimile signatures shall be treated in all manner and respects as original signatures.

15. This Stipulation is subject to approval of the United States Bankruptcy Court, Southern District of Florida.

SIGNATURES ON FOLLOWING PAGE

Initials

CASE NO.: 13-11598-BKC-RAM

Dated this 18th day of April, 2013.

_____
Felix Ruano
11121 SW 102 AVE
Miami, FL 33176

Dated this 18th day of April, 2013

_____
Mirta Barbara Ruano
11121 SW 102 AVE
Miami, FL 33176

Dated this 19th day of April, 2013.

_____
Marcia T. Dunn, Trustee
555 N.E. 15th St., Suite 7712
Miami, Florida 33132
Telephone: (786) 433-3866
Facsimile: (786) 260-0269

Dated this 18TH day of April, 2013

_____
Drew S. Sheridan
7765 SW 87 Ave. #102
Miami, FL 33173

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 CASE NO.:  13-11598-BKC-RAM
                                                                       Chapter 7
**FELIX RUANO**
SSN: XXX-XX-0838
**MIRTA BARBARA RUANO**
SSN: XXX-XX-3745
_____Debtors._____/

[PROPOSED]
**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION
FOR COMPROMISE AND SETTLEMENT REGARDING VALUATION
<u>AND REPURCHASE OF DEBTORS' NON-EXEMPT ASSETS</u>**

**THIS CAUSE** having come before the Court upon Marcia T. Dunn, Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtors' Non-Exempt Assets (the "Motion"), and the Court, having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interests of this Estate, and finding that the notice of the proposed compromise and settlement is sufficient to

1 of 3



CASE NO.: 13-11598-BKC-RAM

comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and the Stipulation attached to the Motion, and as follows:

3. The Trustee and the Debtors agree that the Settlement Amount provides for the repurchase of the Debtors' interests in the following:

| ASSET DESCRIPTION | PRORATION % | SETTLED VALUE OF ASSET |
|---|---|---|
| Cash | 1.98% | $ 316.64 |
| Household Goods | 10.88% | $ 1,740.75 |
| Clothing | 1.24% | $ 197.90 |
| Jewelry | 2.23% | $ 356.22 |
| FPL Security Deposit | 4.95% | $ 791.61 |
| FL City Gas deposit | 0.49% | $ 79.16 |
| 2007 Chevrolet Silverado 2500 HD: | 63.39% | $ 10,142.89 |
| Ridgland Mechanical Inc. | 14.84% | $ 2,374.83 |

4. The Trustee and the Debtors agree that the Settlement Amount shall be paid in:

   a. twenty (20) consecutive monthly installments of $800.00 each month, with the first payment to be made on or before May 1, 2013, and each subsequent payment due on the same day each month thereafter until the Settlement Amount is paid in full.

   b. the Debtors shall also pay to the Trustee an additional $20.00 fee per month, representing the monthly bank fees incurred by the Estate, for the duration of the repayment term until the Settlement Amount is paid in full.

CASE NO.:  13-11598-BKC-RAM

5. The Court incorporates the terms of the Stipulation into this Order and retains jurisdiction to enforce the terms thereof.

# # #

Submitted by:
Joel L. Tabas
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
Attorneys for the Chapter 7 Trustee
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.

| | | |
|---|---|---|
| Gemaire Distributors LLC<br>Attention: Mario Rivera/ 1502<br>2151 West Hillsboro Blvd #400<br>Deerfield Beach, FL 33442 | A+ Mini Storage<br>12200 SW 117 Ave<br>Miami, FL 33186 | ACB America, Inc<br>PO Box 177<br>Cincinnati, OH 45201 |
| AT&T Co.<br>PO Box 105503<br>Atlanta, GA 30348-5262 | AT&T Co.<br>PO Box 536216<br>Atlanta, GA 30353 | Aetna Insurance<br>PO Box 2321<br>1425 Union Meeting Road<br>Blue Bell, PA 19422 |
| Alan R. Thomas, Esq.<br>20801 Biscayne Blvd<br>Suite 403<br>Miami, FL 33180 | Alliance One Receivables Mgmt<br>4850 Street Road Suite 300<br>Feasterville Trevose, PA 19053 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 |
| American Express<br>PO Box 6618<br>Omaha, NE 68105 | American Express<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 |
| Asset Acceptance GE Money Bank<br>PO Box 1630<br>Warren, MI 48090 | Associated Recovery Systems<br>Dept. 5996<br>PO Box 1259<br>Oaks, PA 19456 | BAC Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | Bank of America<br>PO Box 25118<br>Tampa, FL 33622 | Bloomingdales DSNB<br>911 Duke Blvd<br>Mason, OH 45040 |
| Brannan and Clark LTD<br>721 E. Madison Suite 200<br>Villa Park, IL 60181 | Brophy Associates<br>dba Direct Digital Concepts<br>7275 NW 74 St<br>Miami, FL 33166 | ~~Burt & Assoc.~~<br>~~6700 Pinecrest Dr.~~<br>~~Plano, TX 75024~~<br>(With New Address) |
| Burt & Associates<br>4100 Midway Road<br>Suite 2115<br>Carrollton, TX 75007-1963 | CACH LLC<br>4340 S Monaco St Unit 2<br>Denver, CO 80237 | CBCS<br>PO Box 69<br>Columbus, OH 43216 |
| CCS-Florida<br>1007 N. Federal Hwy<br>#280<br>Fort Lauderdale, FL 33304 | Cabeza Exxon<br>12001 SW 117 Ave<br>Miami, FL 33186 | Capital Mgmt Svcs, LP<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 |
| ~~Capital One~~<br>~~Po Box 85520~~<br>~~Richmond, VA 23285~~<br>(With New Address) | Capital One<br>P.O. 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093 |

| | | |
|---|---|---|
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Carrier Enterprise, Inc.<br>2000 Park Oaks Ave<br>Orlando, FL 32808 | Carrier Sales and Distribution, LLC<br>aka Carrier Corp.<br>PO Box 905303<br>Charlotte, NC 28290 |
| Chase<br>PO Box 15153<br>Wilmington, DE 19886 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | ~~Chase Home Finance~~<br>~~PO Box 901039~~<br>~~Fort Worth, TX 76101~~ |
| ChexSystems<br>Consumer Relations<br>7805 Hudson Road Suite 100<br>Saint Paul, MN 55125 | ChexSystems<br>Consumer Relations<br>7805 Hudson Road, Suite 100<br>Saint Paul, MN 55125 | Citi/Shell<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| Citicorp Credit Services<br>PO Box 3107<br>Southeastern, PA 19398 | Citimortgage<br>Po Box 6243<br>Sioux Falls, SD 57117 | ~~Citimortgage Inc~~<br>~~Po Box 9438~~<br>~~Gaithersburg, MD 20898~~ |
| Client Services, Inc.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301 | Cobbly Nob Property Ownders Assoc.<br>912 Pine Top Lane Suite 1<br>Gatlinburg, TN 37738 | Comcast Cable<br>5720 Asheville Hwy<br>Knoxville, TN 37924 |
| Consolidated Rcvy Group<br>425 W 5th Ave Ste 103<br>Escondido, CA 92025 | Consolidated Recovery Group<br>425 W. Fifth Ave Suite 103<br>Escondido, CA 92025 | Credit Protection Assoc., LP<br>13355 Noel Road<br>Dallas, TX 75240 |
| Dept. of the Treasury<br>IRS<br>PO Box 9941<br>Ogden, UT 84409 | Dept. of the Treasury<br>IRS<br>PO Box 9941<br>Ogden, UT 84409 | ~~E.R Solutions~~<br>~~Po Box 97029~~<br>~~Redmond, WA 98073-9729~~ |
| EM Corson & Assoc.<br>dba Cors_Air<br>2865 SW 30Ave<br>Hallandale, FL 33009 | EOS CCA<br>700 Longwater Dr<br>Norwell, MA 02061 | EOS CCA<br>700 Longwater Dr.<br>Norwell, MA 02061 |
| ER Solutions, Inc.<br>800 SW 39 Street<br>PO Box 9004<br>Renton, WA 98057 | Encore Receivables Mgmt<br>400 Rogers Road<br>PO Box 3330<br>Olathe, KS 66063 | Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 |
| FMA Alliance LTD<br>12339 Cutten Road<br>Houston, TX 77066 | **Felix Ruano**<br>**Mirta Barbara Ruano**<br>**11121 SW 102 AVE**<br>**Miami, FL 33176** | FSD Group, LLC<br>dba Saenz Distributors<br>8290 NW 25 St<br>Miami, FL 33122 |

FedEx
US Collections Dept.
PO Box 660481
Dallas, TX 75266

Floor Creations
680 E. Meeting St.
Suite B
Dandridge, TN 37725

Focus Receivables Mgmt
PO Box 725069
Atlanta, GA 31139

Franklin Collection Service
PO Box 3910
Tupelo, MS 38803

GC Services
PO Box 2667
Houston, TX 77252

~~GE Money Bank/Old Navy~~
~~Po Box 981400~~
~~El Paso, TX 79998~~

Genpact Services
PO Box 1969
Southgate, MI 48195

Germaire Distributers
Attn: Mario Rivera /1502
2151 W. Hillsboro Blvd, Suite 400
Deerfield Beach, FL 33442

~~Global Credit and COllection~~
~~300 International Drive~~
~~PMB 10015~~
~~Buffalo, NY 14221~~

Global Credit and Collection
PO Box 101928 Dept. 2417
Birmingham, AL 35210

Gregory J. Barro, PLC
400 Travis Street Suite 1004
Shreveport, LA 71101

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

~~Home Depot Credit Svcs~~
~~PO Box 653000~~
~~Dallas, TX 75265~~
(With New Address)

Home Depot
P.O. Box 790328
St. Louis, MO 63179-0328

Innovative Merchant Solutions
21215 Burbank Blvd
Suite 100
Woodland Hills, CA 91367

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280

LTD Financial Services L.P.
7322 Southwest Freeway Suite 1600
Houston, TX 77074

Lehman Pipe & Plumbing Supply
230 NW 29 St.
Miami, FL 33127

MJ Harrison Leasing Inc.
dba Harrison Crane Service
2440 NW 37 St
Miami, FL 33142

MJ Harrison Leasing Ince.
dba Harrison Crane Service
2440 NW 37 St
Miami, FL 33142

MRS Aasscoiates
1930 Cherry Ave
Cherry Hill, NJ 08003

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Miami Children's Hospital
PO Box 862192
Orlando, FL 32886

Miami Children's Pathology
PO Box 552011
Tampa, FL 33655

Midland Credit Mgmt
PO Box 60578
Los Angeles, CA 90060

~~Midland Funding~~
~~227 W. Trade St. Suite 1610~~
~~Charlotte, NC 28202~~

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Mister Kaouk, Inc.
17260 NW 2 Court
Miami, FL 33169

Monarch Recovery Collection Agency
10965 Decatur RD
Philadelphia, PA 19154

| | | |
|---|---|---|
| NCC Business Svcs<br>9428 Baymeadows Road #200<br>Jacksonville, FL 32256 | NCO Financial<br>Pob 15636<br>Wilmington, DE 19850 | ~~NCO Financial Systems~~<br>~~PO Box 12100~~<br>~~Trenton, NJ 08650~~<br>(With New Address) |
| NCO Financial Systems<br>P.O. Box 17218<br>Wilmington, DE 19850-7218 | NCO Financial Systems<br>PO Box 17080<br>Wilmington, DE 19850 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 |
| NCO Financial Systems, Inc.<br>PO Box 15630<br>Wilmington, DE 19850-5618 | National Enterprise Systems<br>29125 Solon Rd<br>Solon, OH 44139 | Nationwide Recovery<br>2304 Tarpley Dr. #134<br>Carrollton, TX 75006 |
| Nelson, Watson and Assoc.<br>80 Merrimack St.<br>Lower Level<br>Haverhill, MA 01830 | Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439 | On The Spot Scrapping<br>3555 NW 74 St.<br>Miami, FL 33147 |
| Oscar Duranza, CPA<br>10261 Sunset Dr.<br>Miami, FL 33173 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 |
| Receivables Control Corp<br>7373 Kirkwood Court Suite 200<br>Osseo, MN 55369 | Recovery Concepts<br>1925 Beltline Road<br>Suite 510<br>Carrollton, TX 75006 | Recovery Concepts<br>1925 E Belt Line Rd Ste<br>Carrollton, TX 75006 |
| Refricenter<br>7101 NW 43 St.<br>Miami, FL 33166 | Regions Bank<br>Drawer 550<br>PO Box 11407<br>Birmingham, AL 35246 | Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902 |
| Revenue Recovery Corp.<br>PO Box 2698<br>Knoxville, TN 37901 | Richard P. Joblove, Esq.<br>12372 SW 82 Ave<br>Miami, FL 33156 | Ridgeline Mechanical<br>13651 S. Dixie Hwy<br>Miami, FL 33176 |
| Ridgeline Mechanical Inc<br>13615 S. Dixie Hwy<br>Miami, FL 33176 | Ridgeline Mechanical, INC<br>13615 S. Dixie Hwy<br>Miami, FL 33176 | Ridgeline Mechanical, Inc.<br>13615 S. Dixie Hwy<br>#114-498<br>Miami, FL 33176 |
| Ridgeline Mechanical, Inc.<br>13615 S. Dixie Hwy<br>Miami, FL 33176 | Sabadell United Bank<br>Loan Dept. SUite 2900<br>Miami, FL 33131 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 |

Scott Scheffler, Esq.
2707 W. Fairbanks Ave
Suite 200
Winter Park, FL 32789

Sevier County Electric Systen
PO Box 4870
Sevierville, TN 37864

Shell Fleet aka Citibank
PO Box 689081
Des Moines, IA 50368

~~Silver & Assoc.~~
~~1540 E. Dundee Road~~
~~Suite 160~~
~~Palatine, IL 60074~~

Southern Electric Motors
6333 NW 74 Ave
Miami, FL 33166

Southwest Credit Systems
4120 International Pkwy
Suite 1100
Carrollton, TX 75007

Sprechman & Assoc.
2775 Sunny Isles Blvd
Suite 100
North Miami Beach, FL 33160

Sprint
PO Box 8077
London, KY 40742

State Farm Insurance
Winter Haven Operations Center
Winter Haven, FL 33888

~~Surgical Park Anesthesia Group~~
~~PO Box 162040~~
~~Miami, FL 33116~~

Surgical Park Center
9100 SW 87 Ave
Miami, FL 33176

The Home Depot Citibank
Po Box 6497
Sioux Falls, SD 57117

Thomas Ringel, Esq.
Markowitz, Ringel, Trusty and Hartog
Two Datran Center Suite 1800
Miami, FL 33156

Trane US, Inc.
3600 Pammel Creek Rd.
La Crosse, WI 54601

Tropic Supply Inc
151 NE 179 St
Miami, FL 33162

United Refrigeration
11401 Roosevelt Blvd
Philadelphia, PA 19154

Van Dinter & Associatess
43525 Ridge Park Dr.
Suite 300
Temecula, CA 92590

Vanderbilt Canal Co. LLC
12039 SW 117 Ct
Miami, FL 33186

Web Creek Utility District
3626 Lindsey Mill Road
Gatlinburg, TN 37738

Drew S Sheridan
7765 SW 87 Ave. #102
Miami, FL 33173